UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH DUFEK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. |
| | ) |
| INDIANAPOLIS PUBLIC | ) |
| TRANSPORTATION CORPORATION | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I. NATURE OF THE CASE**

1. Plaintiff, Sarah Dufek ("Dufek" or "Plaintiff"), by counsel, brings this action against Defendant, Indianapolis Public Transportation Corporation, ("Defendant"), for violating the Americans with Disabilities Act of 1990 ("ADA"), as amended, 42 U.S.C. §12101 *et seq.*

**II. PARTIES**

2. Dufek is a resident of Marion County in the State of Indiana, who at all times relevant to this action resided within the geographical boundaries of the Southern District of Indiana.

3. Defendant is located and conducts business within the geographical boundaries of the Southern District of Indiana.

**III. JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; and 42 U.S.C. §12117.

5. Defendant is an "employer" as that term is defined by 42 U.S.C. §12111(5).

6. Dufek was an "employee" as that term is defined by 42 U.S.C. §12111(4).

7. Dufek satisfied her obligation to exhaust her administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") against Defendant alleging discrimination based on disability. Dufek received the required Notice of her Right to Sue and timely files this action.

8. A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Southern District of Indiana; thus, venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

9. Dufek began working for Defendant on or about September 8, 2021, as a Transit Mentorship and Apprenticeship Coordinator.

10. At all relevant times, Dufek met or exceeded Defendant's legitimate performance expectations.

11. Dufek is a qualified individual with a disability as that term is defined by the Americans with Disabilities Act. Specifically, Dufek suffers from Attention Deficit Hyperactivity Disorder (ADHD) which substantially limits her in one or more major life activities.

12. At the time that Dufek was hired, she requested reasonable accommodation forms to accommodate her disability. Defendant declined to provide the forms, stating that they were in the process of being revised and would be provided at a later date. Defendant never provided said forms to Dufek.

13. On or about June 13, 2022, Dufek's workstation was changed which triggered issues with her ADHD. For example, the new location had different lighting and stimulus. The

new space had a door, and while that could be closed to cut down the noise and distraction, Dufek was instructed to leave it open at all times. Dufek was told that a whiteboard to block the cubicle would be the only available option. As a result, Dufek again requested reasonable accommodations. Defendant again told Dufek that the forms were in the process of being revised and would be provided at a later date.

14. Rather than accommodate Dufek, Denise Jenkins-Agurs ("Jenkins-Agurs") began to make things more difficult on Dufek. For example, Jenkins-Agurs told Dufek that she could no longer work from home because of her ADHD and would have to use sick time anytime she was not working in the building. Dufek was the only person required to do so.

15. On or about June 30, 2022, Dufek let Jenkins-Agurs know that she had an appointment with her physician on July 6, 2022, and the accommodation paperwork needed to be ready by July 5, 2022, so that she could take it to her appointment. On July 5, 2022, Dufek was told that the paperwork was still not ready and that it was waiting on Jenkins-Agurs' approval. The next day, Dufek received an email stating that the paperwork was still awaiting Jenkins-Agurs' approval.

16. Defendant never provided Dufek with the requested accommodation paperwork. Instead, on July 6, 2022, Defendant terminated Dufek's employment for alleged insubordination. This was pretext for discrimination based on Dufek's disability. In fact, Jenkins-Agurs told Dufek that her "work is fantastic, it is just everything else about you" in reference to her disability.

## V. CAUSES OF ACTION
### COUNT I: DISABILITY DISCRIMINATION

17. Dufek hereby incorporates paragraphs one (1) through sixteen (16) of her Complaint as if the same were set forth at length herein.

18. Defendant violated Dufek's rights as protected by the ADA, 42 U.S.C. §12101 *et seq.* by discriminating against her because of her actual or perceived disability. Defendant subjected her to disparate treatment because of her disabilities in violation of the ADA.

19. Dufek's employment was terminated because of her disability.

20. Defendant's actions were intentional, willful, and in reckless disregard of Dufek's rights as protected by the ADA.

21. Dufek has suffered damages as a result of the Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Sarah Dufek, respectfully requests that this court enter judgment in her favor and award her the following relief:

1. Reinstate Dufek's employment to the position, salary, and seniority level she would have enjoyed but for Defendant's unlawful actions; and/or payment to Dufek of front pay in lieu thereof;

2. All wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

3. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4. Compensatory damages;

5. Punitive damages for Defendant's violations of the ADA;

6. All costs and attorney's fees incurred as a result of bringing this action;

7. Pre- and post-judgement interest on all sums recoverable; and

8. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By: */s/ Emily Stultz*
Emily Stultz
144 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 991 - 4765
Email: estultz@bdlegal.com
*Counsel for Plaintiff, Sarah Dufek*

## DEMAND FOR JURY TRIAL

Plaintiff, Sarah Dufek, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By: */s/ Emily Stultz*
Emily Stultz
144 North Delaware Street Indianapolis, IN 46204
Telephone: (317) 991 - 4765
Email: estultz@bdlegal.com
*Counsel for Plaintiff, Sarah Dufek*