UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH DUFEK, | ) CASE NO. 1:23-cv-00546-TWP-MG |
| Plaintiff, | ) |
| v. | ) |
| INDIANAPOLIS PUBLIC TRANSPORTATION CORPORATION, | ) |
| Defendant. | ) |

## ORDER ON JOINT STIPULATION OF DISMISSAL

This matter having come before the Court upon the parties' Joint Stipulation of Dismissal and the Court being duly advised in the premises now finds that such motion is hereby GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED, that this matter is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Date: 3/12/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

All ECF-registered counsel of record via email generated by the Court's ECF system.